UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ZAPATA, JR.,  ) | Case No. CV 15-5760 R(JC) |
| Petitioner,  ) | |
| v.  ) | JUDGMENT |
| JEFFERY A. BEARD,  ) | |
| Respondent.  ) | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:    August 10, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE